# United States District Court
# For The Western District of North Carolina
# Charlotte Division

LOY ALEXANDER WRIGHT,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:09CV272

OFFICER A. JORDAN,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2009 Order.

Signed: July 7, 2009

Frank G. Johns, Clerk
United States District Court